IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>2009 TOYOTA LAND CRUISER,<br>VIN: JTMHY05J795004284,<br><br>**Defendant.** | CIVIL NO. 18- |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, by and through its undersigned attorneys, Rosa Emilia Rodríguez-Vélez, United States Attorney for the District of Puerto Rico; Héctor E. Ramírez-Carbó, Assistant United States Attorney, Chief Civil Division, and Rafael J. López-Rivera, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

NATURE OF THE ACTION

1. This is a civil action <u>in rem</u> brought to enforce the provisions of Title 21, <u>United States Code</u>, Sections 841, 846, and 881.

DEFENDANT <u>IN REM</u>

2. The defendant vehicle seized by Special Agent of the Federal Bureau of Investigation ("FBI") consists of 2009 TOYOTA LAND CRUISER, VIN: JTMHY05J795004284.

1

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over an action commenced by the United States pursuant to Title 28 United States Code, Section 1345; over an action for forfeiture pursuant to Title 28, United States Code, Section 1355; and over this particular action pursuant to Title 21, United States Code, Sections 841, 846, and 881.

4. This Court has in rem jurisdiction over the defendant vehicle pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1355(b)(1)(B) (the defendant vehicle is found in this district).

5. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1395 (the defendant vehicle is found in this district).

## BASIS FOR FORFEITURE

6. This is a civil action in rem brought to enforce the provisions of Title 21, United States Code, Section 841 (Unlawful acts), 846 (Attempt and conspiracy) and 881(a)(4) of Title 21, United States Code, particularly the all conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property described in paragraph (1), (2), or (9), of this subchapter.

## FACTS

7. The facts and circumstances supporting the seizure and forfeiture of the defendant vehicle are contained in the Title 28, United States Code, Section 1746 unsworn declaration of the FBI, Special Agent, Trent N. Ervin attached hereto, and incorporated herein as if fully

stated.

CLAIM FOR RELIEF

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant vehicle be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant vehicle condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 30th day of May, 2018.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

S/Héctor E. Ramírez-Carbó
Héctor E. Ramírez-Carbó
Assistant U.S. Attorney
Chief Civil Division
USDC-PR-NO. 214902
UNITED STATES ATTORNEY'S OFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787)766-5656
Hector.E.Ramirez@usdoj.gov

S/Rafael J. López-Rivera
Rafael J. López-Rivera
Assistant United States Attorney
USDC-PR No. 221213
UNITED STATES ATTORNEY'S OFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787) 766-5656
Rafael.j.lopez@usdoj.gov

VERIFIED DECLARATION

I, Rafael J. López-Rivera, Assistant U.S. Attorney, for the District of Puerto Rico, declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the Federal Bureau of Investigation ("FBI"); that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 30th day of May, 2018.

S/ Rafael J. López-Rivera
Rafael J. López-Rivera
Assistant U.S. Attorney

VERIFIED DECLARATION

I, Trent N. Ervin, Special Agent, FBI, declare as provided by Title 28, United States Code, Section 1746, the following:

I have read the contents of the foregoing Complaint for Forfeiture in Rem and the attached unsworn declaration thereto, and I find the same to be true and correct to the best of my knowledge and belief. I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, this 30 day of May, 2018.

Trent N. Ervin, Special Agent,
Federal Bureau of Investigation ("FBI")

# UNSWORN DECLARATION
# IN SUPPORT OF FORFEITURE COMPLAINT

## INTRODUCTION

I, Trent N. Ervin, do hereby state the following:

Pursuant to Title 28, United States Code, Section 1746, I, Trent N. Ervin, Special Agent of the Federal Bureau of Investigation ("FBI"), declare under penalty of perjury that the foregoing is true and correct:

I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since May of 2016. As such, I am a law enforcement officer of the United States of America within the meaning of Section 2510 (7) of the Title 18, United States Code, that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for, the offenses enumerated in Title 21, United States Code, Section 841 (Controlled substances). As an FBI Special Agent I have received extensive training in the investigation of violations of federal and state law. I have been trained in numerous investigative methods that involved personally obtaining and assisting in the execution of federal search warrants, arrests, and filing criminal complaints. During my employment with the FBI, I have participated in federal criminal investigations along with experienced FBI Special Agents (SAs) and other Task Force Officers (TFOs). I am currently assigned to the San Juan Division Criminal Enterprise Squad 3, which is responsible for the investigation of offenses including drug trafficking organizations.

I have also received training, and assisted in the conduct of investigations concerning the unlawful possession and distribution of controlled substances; the laundering and concealment of drug proceeds; and the illegal use of communication facilities by drug traffickers in furtherance of their criminal activities.

This Unsworn Declaration is submitted in support of a verified complaint of forfeiture, which involves the offenses detailed in Section 841(a)(1), 846 and 881(a)(4) of Title 21, <u>United States Code</u>, particularly the all conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property described in paragraph (1), (2), or (9), of this subchapter. Therefore, I have not set forth each and every fact learned during the course of this investigation.

## PROPERTY TO BE FORFEITED

2009 Toyota Land Cruiser,
VIN: JTMHY05J795004284

## BASIS FOR FACTS CONTAINED IN THIS UNSWORN DECLARATION

The information in this affidavit is based upon my personal knowledge, as well as on information that I have received from witnesses and other law enforcement sources. Because this affidavit is made for the limited purpose of establishing probable cause for the complaint, I have not recited each and every fact known to me as a result of the investigation. As a result of my participation in this investigation, conversations and reports made by other SAs, Police of Puerto Rico (POPR) Officers, witnesses and other concerned parties; I am familiar with the circumstances of the offenses described in this affidavit. Based on this familiarity, I allege that the facts show that:

1. Pursuant to an arrest warrant signed by Magistrate Judge Marcos E. Lopez, of the District of Puerto Rico, Special Agents of the Federal Bureau of Investigation located and arrested Jose Antonio Martinez Diaz (MARTINEZ-DIAZ) at Barrio Colinas de Cambalache, Carr 962, km 4.0, Canovanas, PR 00729 on February 21, 2018.

2. Beginning on a date unknown, but no later than in or about May 2017, and continuing up to in or about January 2018, in the District of Puerto Rico, MARTINEZ-DIAZ did knowingly and intentionally, combine, conspire, and agree with other persons, to commit an offense against the United States, that is, to knowingly and intentionally possess with intent to distribute and to distribute controlled substances, to wit: five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II, Narcotic Drug Controlled Substance, in violation of 21 U.S.C. § 846.

3. In May 2017, MARTINEZ-DIAZ met with CHS-1 to discuss drug trafficking ventures. During the meeting, MARTINEZ-DIAZ agreed to sell CHS-1 1 kilogram of cocaine but would have to wait until the load came in. MARTINEZ-DIAZ stated that the load would be delivered within a two week period and once the load came in, MARTINEZ-DIAZ would contact CHS-1 to conduct the transaction.

4. On December 17, 2017, MARTINEZ-DIAZ met with CHS-1 and CHS-2 to discuss drug trafficking ventures. MARTINEZ-DIAZ told CHS-1 that he would be receiving a shipment of 50 kilograms of cocaine and would be willing to sell 1 kilogram of cocaine to CHS-2 once the shipment arrived. In addition, MARTINEZ-DIAZ stated to CHS-1 and CHS-2 that the shipment of 500 kilograms, of which 50 belonged to him, would be arriving sometime on or after the 26th of December, in Fajardo, Puerto Rico.

3

MARTINEZ-DIAZ stated that the load belonged to the men that worked at "Dos Marina" but did not give an exact location as to where the load would be received in Fajardo.

5. MARTINEZ-DIAZ was seen by surveillance driving the 2009 Toyota Land Cruiser the night the meeting took place. MARTINEZ-DIAZ arrived and departed in the aforementioned vehicle. During the meeting with CHS-1 and CHS-2, MARTINEZ-DIAZ stated that there were pallets full of pre-cursor chemicals located at his farm in Canovanas, Puerto Rico that he used to cut the kilograms of cocaine before shipping them to the Continental United States. MARTINEZ-DIAZ also stated that he would receive 25 "caperazones" a week and would be receiving 25 the week of the 17th. According to CHS-2, "caperazones" is a reference to smaller amounts of cocaine smuggled in utilizing "mules" or people flying in from South America.

6. During a search warrant of MARTINEZ-DIAZ house, subsequent to a Federal arrest warrant issued in Puerto Rico following a Federal Grand Jury indictment, a search of the 2009 Toyota Land Cruiser was conducted after a narcotics detection canine from Customs and Border Protection marked the vehicle for possible narcotics. Upon further inspection of the vehicle, the narcotics detection canine marked the center console of the vehicle for possible narcotics. No narcotics were found during the search.

7. Puerto Rico Transportation Department (DTOP) records shows that the registered owner of the 2009 Toyota Land Cruiser, license plate HSB 701, is Marilyn Pagan-Melendez. The address shown on DTOP records shows her residence to be located in Bo. Cambalache Carr. 942 km 4.0, Canovanas, PR, MARTINEZ-DIAZ house and where the search warrant was conducted. The registration date of the Toyota Land Cruiser in favor of PAGAN-MELENDEZ was on December 15, 2015.

8. MARTINEZ-DIAZ and PAGAN-MELENDEZ are a couple and in the course of their relationship, they are the parents of two children.

9. Puerto Rico Treasury Department records revealed PAGAN-MELENDEZ did not file tax returns and did not receive a W-2 or Informative Declaration of Professional Services between 2008 and the present date. Based on these circumstances, it is unlikely that PAGAN-MELENDEZ could have generated enough income to buy and pay for a 2009 Toyota Land Cruiser.

10. On February 15, 2018, a Federal Grand Jury sitting in the District of Puerto Rico, returned an Indictment against the defendant José A. Martinez-Diaz, charging that defendant committed violations of Title 21, United States Code, Section 841(a)(1) and 846. See Criminal No. 18-100 (DRD). Forfeiture allegations were included in the Indictment pursuant to Title 21, United States Code, Section 853. It was stated that upon conviction of the offense set forth in Count One of the Indictment, the defendant José A. Martinez-Diaz would forfeit to the United States, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of the violation.

## **Conclusion**

Based upon my training and experience, participation in other investigations, and facts concerning this investigation, I believe that sufficient probable cause exits to show that there is present material evidence of a commission of a violation of a Federal Law to wit: drug traffickers illicit drug proceeds demonstrates probable cause to forfeit the 2009 Toyota Land Cruiser, violations of Title 21, United States Code, Sections 841(a) (1) and 881(a) (4).

_____
Trent N Ervin, Special Agent
Federal Bureau of Investigation

May 30, 2018

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Rafael J. López-Rivera, AUSA, 350 Carlos Chardon Ave, Suite 1201, Hato Rey, PR 00918

## DEFENDANTS
2009 TOYOTA LAND CRUISER, VIN: JTMHY05J795004284,

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☒ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 21, USC, Sections 841, 846, and 881.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____
DOCKET NUMBER _____

DATE: 05/30/2018
SIGNATURE OF ATTORNEY OF RECORD: s/Rafael J. López-Rivera

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



# United States District Court *for the* District of Puerto Rico

## CATEGORY SHEET

1. Title of Case (Name of first party on each side only)

   US v. 2009 TOYOTA LAND CRUISER, VIN: JTMHY05J795004284,

2. Category in which case belongs: (See Local Rules)

   [X]  ORDINARY CIVIL CASE — CIVIL FORFEITURE
   ___  SOCIAL SECURITY
   ___  BANK CASE
   ___  INJUNCTION

3. Title and number, if any, of related cases (See Local Rules)

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?
   ☐ YES   [X] NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
   ☐ YES   [X] NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?
   ☐ YES   [X] NO

(Please Print)

USDC ATTORNEY'S ID NO.: 221213

ATTORNEY'S NAME: Rafael J. López-Rivera

MAILING ADDRESS: TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE
HATO REY  PR     ZIP CODE 00918

TELEPHONE NO.: 787-766-5656